# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DANIEL L. TOMASZEWSKI, II & ERIN M. TOMASZEWSKI      Case Number: 05-75150
438 ADAMS ST. #7                SSN-xxx-xx-7054 & xxx-xx-8834
ROCKTON, IL  61072

Case filed on: 9/26/2005
Plan Confirmed on: 12/2/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $10,451.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY GARY C FLANDERS | 3,210.70 | 3,210.70 | 3,210.70 | 0.00 |
|  | Total Legal | 3,210.70 | 3,210.70 | 3,210.70 | 0.00 |
| 008 | DCFS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DANIEL L. TOMASZEWSKI, II | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | FIRST AMERICAN CREDIT UNION | 9,000.00 | 9,000.00 | 3,614.42 | 1,808.74 |
| 002 | HSBC MORTGAGE SERVICES | 3,952.48 | 946.90 | 869.13 | 0.00 |
| 003 | ROGERS & HOLLANDS | 500.00 | 500.00 | 201.42 | 96.47 |
|  | Total Secured | 13,452.48 | 10,446.90 | 4,684.97 | 1,905.21 |
| 001 | FIRST AMERICAN CREDIT UNION | 3,798.38 | 3,798.38 | 0.00 | 0.00 |
| 003 | ROGERS & HOLLANDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CLIENT SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 10,828.98 | 10,828.98 | 0.00 | 0.00 |
| 006 | COLLECTION SYSTEMS OF FREEPORT INC | 1,488.94 | 1,488.94 | 0.00 | 0.00 |
| 007 | FINANCIAL ASSET MANAGEMENT SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ATTORNEY TERRY HOSS & | 963.56 | 963.56 | 0.00 | 0.00 |
| 010 | ELAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | FLEET CREDIT CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | GENERAL CASUALTY | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | DCFS | 5,901.99 | 5,901.99 | 0.00 | 0.00 |
| 015 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CREDIT BUREAU CENTRE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MONROE VILLAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | DIVERSIFIED ADJUSTMENT SERVICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | VOEGELI, EWALD & BARTHOLF | 641.06 | 641.06 | 0.00 | 0.00 |
| 020 | ECAST SETTLEMENT CORPORATION | 5,845.68 | 5,845.68 | 0.00 | 0.00 |
| 021 | US BANK/RETAIL PAYMENT SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 29,468.59 | 29,468.59 | 0.00 | 0.00 |
|  | Grand Total: | 46,131.77 | 43,126.19 | 7,895.67 | 1,905.21 |

Total Paid Claimant:     $9,800.88
Trustee Allowance:       $650.12          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:  0.00             discharging the trustee and the trustee's surety from any and all
                                          liablility on account of the within proceedings, and closing the estate,
                                          and for such other relief as is just.  Pursuant to FRBP, I hereby
                                          certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　  /s/ Lydia S. Meyer
                                          Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  10/30/2008          By   /s/Heather M. Fagan